■ · (A) LILLIAN LIEBOWITZ, Appellant, v. MURRAY LEVY et al., Respondents. (B) WERNER L. LOEB et al., Doing Business as HUDSON VALLEY LEGAL SUPPLY COMPANY, Respondents, v. TUTTLE LAW PRINT, INC., Appellant. (C) JOHN LOVRICH, Respondent, v. RONALD J. WULF, Appellant. (D) DAVID

Matus, Respondent, v. Metropolitan Casualty Insurance Company of New York, Appellant. (E) Richard McNeill, Appellant, v. John Hanrahan et al., Respondents. (F) Frank Banas, Respondent, v. Ralph Caserta et al., Appellants. (G) Catherine Roberts, Appellant, v. Vernon W. Bauer et al., Doing Business under the Name of Oceanside Taxi Co. et al., Respondents.— [In each action] On the call of the Special Calendar, there being no appearance for appellant, the appeal is dismissed, without costs. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.